IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   **09-cv-02759-AP**

**LYNETTE C. ZUCKERMAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES UPDATED**

---

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | DAVID M. GAOUETTE |
| 730 N. Weber, #101 | Acting United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Assistant U.S. Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Telephone:  (303) 454-0184 |
| | kevin.traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.** **Date Complaint Was Filed:** November 24, 2009.

**B.** **Date Complaint Was Served on U.S. Attorney's Office:** November 30, 2009.

**C.** **Date Answer and Administrative Record Were Filed:** February 1, 2010.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See Plaintiff's Motion to Remand, filed on April 7, 2010 (Document 12).

**Defendant states:** See Defendant's Brief in Response to Motion to Remand (Document 14)..

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

None.

**8.     BRIEFING SCHEDULE**

Plaintiff's attorney, because of workload, holidays, and vacation plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

   A.    **Plaintiffs Opening Brief Due:**        May 28, 2010

   B.    **Defendant's Response Brief Due:**      June 25, 2010

   C.    **Plaintiffs Reply Brief (If Any) Due:** July 12, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.

   B.    **Defendant's Statement:** Oral Argument is not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of May, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>newallfrederick@qwestoffice.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>_____<br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Attorney for Defendant. |