UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02759-WYD

LYNETTE ZUCKERMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

    THIS MATTER is before the Court in connection with Plaintiff's Unopposed Motion for Attorney Fees Under EAJA filed June 22, 2011. Plaintiff requests fees in the motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), asserting that she is the prevailing party and the agency's position in the case was not substantially justified. Although Plaintiff's counsel originally requested attorney fees in the amount of $5,950.00 in paragraph 4 of the motion, he later stated in paragraphs 8 and 9 that the agency stipulated to an award of fees of $5,250.00 and requested that payment be made in that amount.

    Having reviewed the motion, I find that an award of fees to Plaintiff under the Equal Access to Justice Act is proper in the amount requested of $5,250.00. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under EAJA filed June 22, 2011 (ECF No. 28) is **GRANTED**.  Attorney's fees in the amount of $5,250.00 shall be paid by the agency to Plaintiff in care of Plaintiff's attorney.

Dated July 14, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge