UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02759-WYD

LYNETTE ZUCKERMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

    THIS MATTER is before the Court in connection with the Unopposed Motion for Attorney Fees Under 42 U.S.C. § 406(b) filed April 18, 2016.  Plaintiff's counsel requests a 406(b) fee of $13,717.50 for 34.0 hours of work in this case.  (*See* Ex. 3—Statement of Attorney's hours).

    Having reviewed the motion, I find that an award of fees to Plaintiff under 42 U.S.C. § 406(b) is appropriate.  The motion represents that Plaintiff signed a Contingent Fee Agreement authorizing Plaintiff's attorney to 25% of past due benefits.  (Ex. 1.) Plaintiff was entitled to $106,458.00 in past due benefits, resulting in a 25% contingent fee of $23,717.50. (Ex. 2.)  Counsel requests a 406(b) that is less than that amount.  I find that the amount of $13,717.50 sought in fees is reasonable under *Gisbrecht v. Barnhart,* 535 U.S. 789 (2002).  Accordingly, it is

    ORDERED that the Unopposed Motion for Attorney Fees Under 42 U.S.C. § 406(b) (ECF No. 30) is **GRANTED**.  Plaintiff's attorney shall be entitled to receive,

from Plaintiff's past due benefits, an additional amount of $13,717.50 under 42 U.S.C. § 406(b) for representation of Plaintiff in this Court. Plaintiff's attorney shall return to Plaintiff the lesser of EAJA and 406(b) fees.

Dated May 3, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge